IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ANA CAROLINA SERRANO,<br>    *Plaintiff*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, ROHIT CHOPRA, IN OFFICIAL CAPACITY AS DIRECTOR OF THE CONSUMER FINANCIAL PROTECTION BUREAU;<br>    *Defendants*. | §§§§§§§§§§§§§§ | MO:23-CV-00132-DC |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 25), Defendants' Motion to Dismiss is granted. Because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Defendant's Motion to Dismiss be **GRANTED** and Plaintiff's claims be **DISMISSED** without prejudice.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

**SIGNED this 8th day of January, 2024.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**